IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| Phillip Michael Eravi | | |
| | Plaintiff | Case No. 5:25-cv-04074-HLT-ADM |
| v. | | |
| | | **OPPOSITION TO MOTION FOR LEAVE TO EXCEED PAGE LIMIT** |
| Craig Owens *et al* | | |
| | Defendants | |

Plaintiff opposes Defendants Larson and Sellers' request to double the five-page reply limit set by D. Kan. Rule 7.1(d)(3).

**1. NO SHOWING OF NECESSITY**

Defendants claim "necessity" but identify none. Defendants' opening memorandum was 15 pages. Plaintiff's opposition was 12 pages — proportionate, concise, and focused. The five pages already allowed by local rule are more than sufficient to address any new matters raised in the opposition. Defendants do not identify a single specific issue that requires additional space, much less demonstrate good cause for doubling their page limit.

**2. REPLIES CANNOT CURE WAIVER**

Plaintiff's opposition simply applied existing law and noted issues Defendants failed to raise. Arguments omitted from an opening brief are waived and cannot be resurrected in reply. *M.D. Mark, Inc. v. Kerr-McGee Corp.*, 565 F.3d 753, 768 n.7 (10th Cir. 2009). Additional pages cannot be used to backfill waived arguments.

2

**3. JUDICIAL ECONOMY**

Local Rule 7.1(d)(3) exists to keep replies narrow and prevent serial re-briefing.

Granting this motion would burden the Court with unnecessary additional argument.

If Defendants believe oral argument is needed, they may request it under Rule 7.2.

**CONCLUSION**

Defendants have not shown "necessity" or good cause to exceed the page limit.

Plaintiff respectfully requests that the motion be denied and that Defendants be

directed to confine their reply to five pages and to new matters only.

| CERTIFICATE OF SERVICE | /s/Linus L. Baker |
|---|---|
| | Linus L. Baker, KS 18197 |
| On this 19th day of September, 2025, the above document was filed with the Court's CM-ECF system which will provide notice to all counsel of record. | 6732 West 185th Terrace |
| | Stilwell, KS  66085-8922 |
| | Telephone:  913.486.3913 |
| | Fax:            913.232.8734 |
| /s/Linus L. Baker | E-Mail: linusbaker@prodigy.net |
| | Attorney for the plaintiff |