

Case 5:25-cv-04074-HLT-ADM   Document 22-1   Filed 11/18/25   Page 1 of 2

August 21, 2023

**City Hall**
City Manager's
Office

6 East 6th Street
PO Box 708
Lawrence, KS 66044

P: 785-864-3400
F: 785-864-3405
lawrenceks.org

Mr. Michael Eravi
2105 Atchison Ave.
Lawrence, Kansas 66047
dgcotransparency@gmail.com

Sent via Electronic Mail August 21, 2023

RE: City Commission Meetings

Dear Mr. Eravi:

The City of Lawrence has a long tradition and deeply held value for public participation in the affairs of city government and policy making. The City is committed to maintaining a safe space for important community business to be conducted and for members of the public to participate. Over the past six months, you have been asked to leave or have been removed from City Commission meetings no less than five times, including both August 1, 2023, and August 8, 2023. In particular, during and after the August 8, 2023, meeting, you exhibited threatening and harassing behavior.

Specifically, you engaged in intimidation by calling out two governing body members and stating that you knew where they lived, and you threatened to come to their residences. That same night, you had to be removed from the Lawrence City Commission meeting and City Hall because you continued to disrupt the business of the meeting, after receiving a warning to cease the disruption. Later, you ran toward a local journalist who had been covering the meeting as the journalist was exiting City Hall, spewing invectives and expletives that caused the journalist to feel threatened. You also followed members of the governing body as they made their way to their vehicles. Finally, you waited by a Commissioner's private vehicle, parked on the upper level of the City Parking Garage, and you accosted her when she approached. That type of threatening and menacing conduct is unacceptable; it cannot and will not be tolerated.

I am writing to inform you that for a period of 60 days from the date of this letter, you are prohibited from attending Lawrence City Commission meetings in person, due to safety concerns. During that time, you are also prohibited from being on City Hall property or in the adjacent City Parking Lot and Garage (the Riverfront Parking Garage) for 30 minutes prior to and after the Lawrence City Commission meetings. (Please see the attached map). You may, however, attend the meetings virtually during the 60-day period, provided that you conduct yourself in accordance with Resolution No. 7496. Instructions for doing so are on each Lawrence City Commission meeting agenda; those are posted on the City's website at https://lawrenceks.civicweb.net.

This action, taken on the authority granted under City of Lawrence, Kan. Code § 1-305 (Jan. 1, 2018), is the result of your increasingly aggressive and antagonistic actions at numerous Lawrence City Commission meetings. This action is being taken for the safety of the governing body and the public; it is not related in any way to any opinions or viewpoints you may hold or have expressed. Please be forewarned that if such behavior continues the City may take whatever additional legal recourse is available.

Sincerely,

Craig S. Owens
City Manager
City of Lawrence

Enclosure: City Hall and Parking Garage Map

**EXHIBIT A**



# City Hall and Parking Garage

**Lawrence** KANSAS

City Hall

Parking Garage

South Powerhouse Rd

Massachusetts St

W 6th St

E 6th St

Riverfront Plz

New Hampshire St

Rhode Island St

EXHIBIT A

DISCLAIMER NOTICE

 map is provided "as is" without warranty or any representation of
 curacy, timeliness or completeness. The burden for determining
accuracy, completeness, timeliness, merchantability and fitness for or the
appropriateness for use rests solely on the requester. The City of
Lawrence makes no warranties, express or implied, as to the use of the
map. There are no implied warranties of merchantability or fitness for a
particular purpose. The requester acknowledges and accepts the
limitations of the map, including the fact that the map is dynamic and is in
a constant state of maintenance, correction and update.

0    50    100    200
Feet